# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHAIRO GARCIA,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:23-cv-00877-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF Nos. 3, 11) |

On August 25, 2023, the parties submitted a stipulated request to extend the time for Plaintiff to file the motion for summary judgment, which the Court construes as a stipulated motion to modify the scheduling order. (ECF No. 11.) The parties seek a 60-day extension of time to file the motion for summary judgment, to October 31, 2023. This is the parties' first request for an extension of Plaintiff's brief filing deadline. Counsel proffers she currently has several merit briefs due the same week, as well as multiple other merit briefs, letter briefs, and reply briefs due in the following weeks, and this matter was recently reassigned to counsel. The Court is satisfied that good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that:

1.    The parties' stipulated motion to modify the schedule (ECF No. 11) is GRANTED;

2.    Plaintiff shall have until **October 31, 2023**, to file the motion for summary

1

judgment; and

3. All remaining deadlines as set forth in the scheduling order (ECF No. 3) shall be modified accordingly.

IT IS SO ORDERED.

Dated: **August 28, 2023**

UNITED STATES MAGISTRATE JUDGE