# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JHAIRO GARCIA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 1:23-cv-00877-SAB<br><br>ORDER RE: STIPULATED MOTION TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 13) |

On October 24, 2023, the parties submitted a stipulated motion to extend the time for Plaintiff to file the motion for summary judgment. (ECF No. 13.) The parties seek a 30-day extension of time to file the motion for summary judgment, to November 30, 2023. This is the parties' second request for an extension of Plaintiff's brief filing deadline. Counsel proffers she currently has several merit briefs due the same week, as well as multiple other merit briefs, letter briefs, and reply briefs due in the following weeks. The Court is satisfied that good cause exists to grant the requested relief.

Accordingly, IT IS HEREBY ORDERED that:

1. The parties' stipulated motion to modify the schedule (ECF No. 13) is GRANTED;

2. Plaintiff shall have until **November 30, 2023**, to file the motion for summary judgment; and

1

3.  All remaining deadlines as set forth in the scheduling order (ECF No. 3) shall be modified accordingly.

IT IS SO ORDERED.

Dated: __**October 25, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE